IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

MAR 14 2012

PATRICK E. DUFFY  CLERK
BY_____
       Deputy Clerk
U.S. DISTRICT COURT
BILLINGS DIVISION

| | |
|---|---|
| TAMMY L. LAWTON, ) | CV-11-81-BU-RFC-CSO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER ADOPTING FINDINGS |
| ) | AND RECOMMENDATIONS OF |
| MIKE MAHONEY; ATTORNEY ) | U.S. MAGISTRATE JUDGE |
| GENERAL OF THE STATE OF ) | |
| MONTANA, ) | |
| ) | |
| Defendants. ) | |

On December 5, 2011, Petitioner Tammy Lawton, a state prisoner proceeding pro se, filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254. Subsequent Orders of this Court have all been returned as undeliverable because failed to keep the Court apprised of her current address. *Docs. 3, 5-7, & 9.* Accordingly, United States Magistrate Judge Ostby has recommended the petition for habeas corpus be dismissed without prejudice pursuant to Local Rule of Procedure 5.2(b). Not surprisingly, Lawton did not file objections to Judge Ostby's Findings and Recommendations within 14 days as required by 28 U.S.C. § 636(b)(1).

1

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Lawton's Petition (*doc. 1*) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to enter, by separate document, a judgment of dismissal; and

3. A certificate of appealability is **DENIED.**

DATED the 14th day of March, 2012.

/s/ Richard F. Cebull
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE