IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED MAR 1 4 2012 PATRICK E. DUFFY CLERK BY_____ Deputy Clerk U.S. DISTRICT COURT BILLINGS DIVISION

| | | |
|---|---|---|
| TAMMY L. LAWTON, | ) | CV-11-81-BU-RFC-CSO |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| MIKE MAHONEY; ATTORNEY GENERAL OF THE STATE OF MONTANA, | ) | |
| Defendants. | ) | |

On December 5, 2011, Petitioner Tammy Lawton, a state prisoner proceeding pro se, filed this action seeking a writ of habeas corpus under 28 U.S.C. § 2254. Subsequent Orders of this Court have all been returned as undeliverable because failed to keep the Court apprised of her current address. *Docs. 3, 5-7, & 9.* Accordingly, United States Magistrate Judge Ostby has recommended the petition for habeas corpus be dismissed without prejudice pursuant to Local Rule of Procedure 5.2(b). Not surprisingly, Lawton did not file objections to Judge Ostby's Findings and Recommendations within 14 days as required by 28 U.S.C. § 636(b)(1).

1

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. Lawton's Petition (*doc. 1*) is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk of Court is directed to enter, by separate document, a judgment of dismissal; and

3. A certificate of appealability is **DENIED.**

DATED the 14th day of March, 2012.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE